**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HUNG-KWONG YEUNG, An Individual | CASE NO. **2:17-cv-02944-APG-GWF** |
| Plaintiff, | |
| vs. | |
| GOLDEN NUGGET, A Nevada Domestic Corporation | |
| Defendants. | |

## **STIPULATION AND ORDER TO STAY LITIGATION**

COMES NOW, the Plaintiff, HUNG-KWONG YEUNG ("YEUNG"), by and through his attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, GOLDEN NUGGET, ("DEFENDANT"), by and through its attorney, KIRSTEN A. MILTON, ESQ. and JOSHUA A. SLIKER, of JACKSON LEWIS, P.C. and hereby stipulate and agree as follows:

1. That the litigation in the above-referenced case be stayed until December 31, 2018. The reason for the stay is that the parties believe that the stay will more likely result in a settlement if they are able to delay settlement discussions. In the interim, the parties do not want to incur unnecessary litigation fees and costs.

2. That the Plaintiff will be required to bring any further complaints to his attorney prior to filing any additional charges of discrimination, amended charges of discrimination, complaints, or amended complaints ("Complaints").

3. That Plaintiff's attorney will bring any such Complaints to Defense counsel to attempt resolution prior to filing any additional Complaints.

4. That Defendant may request to lift the stay prior to December 31, 2018, should Defendant decide to proceed with litigation before the end of December, 2018. However, Defendant will inform Plaintiff of such and the Plaintiff agrees to stipulate to lift the stay upon request of Defendant.

Dated this 22nd day of May, 2018.            Dated this 22nd day of May, 2018.

**HKM Employment Attorneys LLP**           **Jackson Lewis, P.C.**

/s/ Jenny L. Foley                                          /s/ Kirsten A. Milton
Jenny L. Foley, Ph.D., Esq.                          Kirsten A. Milton, Esq.
Nevada Bar No. 9017                                  Nevada Bar No. 14401
1785 East Sahara Ave., Suite 325              Joshua A. Sliker, Esq.
Las Vegas, Nevada 89104                          Nevada Bar No. 12493
                                                                       3800 Howard Hughes Parkway, Suite 600
                                                                       Las Vegas, Nevada 89169

# **ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER TO STAY LITIGATION in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the litigation in the above-referenced case be stayed until December 31, 2018 unless otherwise deemed sooner by Plaintiff and Defense counsel.

IT IS SO ORDERED that the Plaintiff will be required to bring any further complaints to his attorney prior to filing any additional charges of discrimination, amended charges of discrimination, complaints, or amended complaints ("Complaints").

IT IS SO ORDERED that Plaintiff's attorney will bring said Complaints to Defense counsel first prior to filing any additional Complaints.

IT IS SO ORDERED that Defendant is allowed to lift the stay prior to December 31, 2018, should Defense counsel decide to proceed with litigation before the end of December, 2018.

The Court will conduct a telephonic conference call with the parties on Thursday, **May 31, 2018 at 10:30 a.m.**

Dated: May 24, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*