# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUNG-KWONG YEUNG, | Case No.: 2:17-cv-02944-APG-GWF |
| Plaintiff | **Order for Status Report** |
| v. | |
| GOLDEN NUGGET LAS VEGAS, | |
| Defendant | |

The parties previously agreed to stay this case until December 31, 2018. ECF No. 22. More than a month has passed since that date, and there has been no activity in the case.

IT IS THEREFORE ORDERED that on or before March 1, 2019, the parties shall file a joint status report or a stipulation for dismissal.

DATED this 6th day of February, 2019.

```
                                    _____
                                    ANDREW P. GORDON
                                    UNITED STATES DISTRICT JUDGE
```