**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUNG-KWONG YEUNG, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN NUGGET, A Nevada corporation,<br><br>Defendant. | Case No.: 2:17-cv-02944-APG-GWF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiff, HUNG-KWONG YEUNG ("Yeung"), by and through his attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, GOLDEN NUGGET, ("Defendant"), by and through its attorney, JOSHUA A. SLIKER, ESQ., of JACKSON LEWIS P.C., hereby stipulate and agree as follows:

1. The Parties are scheduled to participate in an Early Neutral Evaluation session with Magistrate Judge Carl W. Hoffman on May 23, 2019. ECF No. 25. The Parties are optimistic that a settlement will be reached with Magistrate Judge Hoffman's assistance.

2. In order to preserve the Parties' time and resources in advance of the ENE, the Parties wish to stay discovery until May 23, 2019.

3. Nothing in this Stipulation is intended to have any effect on the Court's orderly review and disposition of Plaintiff's Complaint (ECF No. 1), Defendant's Answer to Complaint

(ECF No. 8), or any other motions that may be filed by either party during the stay.

Dated this 21st day of March, 2019.                    Dated this 21st day of March, 2019.

**HKM Employment Attorneys LLP**           **Jackson Lewis P.C.**


 /s/ Jenny L. Foley                                     /s/ Joshua A. Sliker
Jenny L. Foley, Ph.D., Esq.                            Joshua A. Sliker, Esq.
Nevada Bar No. 9017                                    Nevada Bar No. 12493
1785 East Sahara Ave., Suite 300                       3800 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89104                                Las Vegas, Nevada 89169


IT IS SO ORDERED.

Dated: March 22, 2019

_____
UNITED STATES MAGISTRATE JUDGE